RECEIVED
U.S. PROBATION OFFICE
RALEIGH, NC

| Probation Form 22 (REV. MAR 05) | United States District Court Federal Probation System **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Transfer Court) 5:04-CR-31134C 21 AM 10:47 |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) 07-PT-347-TFH |

| NAME AND ADDRESS OF OFFENDER | DISTRICT EASTERN NORTH CAROLINA | DIVISION NORTHERN |
|---|---|---|
| **Eldon Duane Frierson** | NAME OF SENTENCING JUDGE W. Earl Britt, Senior, U.S. District Judge | |
| | DATES OF SUPERVISION → | FROM 08/15/2005 — TO 08/14/2010 |

OFFENSE  1) Unlawful Transfer of Stolen Identification Documents   2) Aiding & Abetting

FILED
JAN 25 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### PART 1 - ORDER TRANSFERRING JURISDICTION

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the District of Columbia upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

12-17-06
Date

/s/ W. Earl Britt
Senior U.S. District Judge

* This sentence may be deleted in the discretion of the transferring court.

### PART 2 ORDER ACCEPTING JURISDICTION

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named offender be accepted and assumed by this court from and after the entry of this order.

January 22, 2007
Effective date

/s/ Thomas F. Hogan
United States District Judge