Clerk, U.S. District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Room 1225
Washington, D.C. 20001

January 25, 2007

Clerk, U.S. District Court
for the Eastern District
of North Carolina
P. O. Box 25670
Raleigh, N.C. 27611

In re: U.S.A. vs Eldon Duane Frierson
Probation Supervision Transfer
Your Case No.: 5:04-CR-311-4
Our Case No.: 07-PT-347-TFH

Dear Clerk,

Our office is in receipt of a Transfer of Jurisdiction of Probation Supervision form 22, filed pursuant to 18 U.S.C. 3605.

Kindly forward certified copies of the docket sheet, Indictment/Information, and Judgment and Commitment Order for this case to our office.

I am forwarding a certified copy of the original transfer of jurisdiction order for your records.

Thank you for your assistance in this matter.

Very truly yours,

NANCY MAYER-WHITTINGTON, CLERK

By: _Linda Pugh_
Deputy Clerk

cc: U.S. Probation Office