**FILED**

MAR 1 – 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

## UNITED STATES DISTRICT COURT
## FOR THE
## THE DISTRICT OF COLUMBIA

U.S.A. vs **FRIERSON, Eldon Duane**                    Docket No.: **07-PT-347-TFH**

### REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER that the conditions of supervised release be modified to include that Eldon Duane Frierson enter into and complete the Bureau of Prisons Sanction Center Program for a period not to exceed 180 days.

### ORDER OF COURT

Considered and ordered this ____28____ day of ___February___, 2007.

Thomas F. Hogan
Chief Judge
United States District Court for the District of Columbia