PROB 49-DC

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA**

FILED

MAR 1 - 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

07-PT-347-TFH

**Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision**

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall enter into and successfully complete the Bureau of Prisons Sanction Center Program for a period not to exceed 180 days as directed by the Probation Officer. Subsistence to be waived while at the sanction center.**

Witness: _____
United States Probation Officer

Signed: _____      Eldon Duane Frierson
Probationer or Supervised Releasee    Case Number: 07 PT 347 - TFH

Date: 2-1-07

