FILED

MAR 5 - 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE
THE DISTRICT OF COLUMBIA

U.S.A. vs **FRIERSON, Eldon Duane**                          Docket No.: **07-PT-347-TFH**

### REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER that the conditions of supervised release be modified to include that Eldon Duane Frierson enter into and complete the Bureau of Prisons Sanction Center Program for a period not to exceed 180 days. Subsistence to be waived while at the sanction center.

### ORDER OF COURT

Considered and ordered this ___5___ day of ___March___, 2007.

_____
Thomas F. Hogan
Chief Judge
United States District Court for the District of Columbia