UNITED STATES DISTRICT COURT
FOR THE
THE DISTRICT OF COLUMBIA

FILED

APR 30 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

U.S.A. vs **FRIERSON, Eldon Duane**                    Docket No.: **07-PT-347-TFH**

**PRAYING THE COURT WILL ORDER** that the conditions of probation be modified to vacate the condition that Mr. Frierson enter into and complete the Bureau of Prisons Sanction Center Program for a period not to exceed 180 days.

### ORDER OF COURT

Considered and ordered this _27th_ day of _April_, 2007.

_____
Thomas F. Hogan
Chief Judge
United States District Court for the District of Columbia